# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
___

(302) 658-9200
(302) 658-3989 FAX

Stephen J. Kraftschik
(302) 351-9378
(302) 498-6233 FAX
skraftschik@mnat.com

May 17, 2019

**BY ELECTRONIC FILING**

The Honorable Richard G. Andrews
U.S. District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Endo Pharmaceuticals Inc., et al. v. Actavis Inc., et al.,* C.A. 14-1381 (RGA )
     *Endo Pharmaceuticals Inc., et al. v. Teva Pharmaceuticals USA, Inc., et al.,* C.A. 14-1389 (RGA)

Dear Judge Andrews:

I write on behalf of all parties in the above-captioned cases in response to the Court's May 7, 2019 Oral Order (14-1381, D.I. 242; 14-1389, D.I. 216) to provide the Court with an update on the status of these two cases. The current status of the two case differs.

**14-cv-1389:** All appellate issues in this case have been resolved. Accordingly, the parties have met and conferred and agreed to the enclosed proposed Amended Judgment and Stipulation. The parties respectfully request that the Court enter this Amended Judgment and Stipulation.

**14-cv-1381:** While all appellate issues in this case have been decided, only one of two relevant mandates have issued. The Federal Circuit affirmed the Court's opinion in Fed. Cir. Appeal No. 18-1054 on Friday, May 3, 2019. The mandate associated with this opinion has yet to issue. Once that mandate issues, the parties expect to agree to an Amended Judgment and Stipulation similar to that enclosed for case 14-cv-1389. The parties agree to update the Court on the status of 14-cv-1381 within 10 days of the issuance of the mandate related to the May 3, 2019 decision.

The Honorable Richard G. Andrews
May 17, 2019
Page 2

                                            Respectfully,

                                            */s/ Stephen J. Kraftschik*

                                            Stephen J. Kraftschik (#5623)

SJK:ncf
Enclosure (C.A. No. 14-1389 only)
cc:    Clerk of Court (by hand delivery)
        All Counsel of Record (by e-mail)